FILED

06/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0535

_____

IN RE THE MARRIAGE OF:

NANCY J. VAIRA,

       Petitioner and Appellee,

                                      O R D E R

  v.

DUANE E. SMITH,

       Respondent and Appellant.

_____

Upon consideration of Appellant Duane E. Smith's Motion for Extension of Time and good cause appearing therefore, Smith is GRANTED an extension of time within which to file his Reply Brief to and including June 30, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2023